IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE KINCAIDE,

    Petitioner,                  No. CIV S-07-2410 WBS KJM P

    vs.

SUE HUBBARD, Warden,           ORDER

    Respondents.

/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        Petitioner has requested the appointment of counsel.  In light of petitioner's allegations concerning his level of literacy, the court has determined that the interests of justice

/////

require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's application to proceed in forma pauperis is granted;

        2.  Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

        3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

        4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

        5.  The Federal Defender's Office is appointed to represent petitioner;

        6.  The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General and on Carolyn Wiggin, Assistant Federal Defender;

        7.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file; and

        8.  Should counsel for petitioner determine that an amended petition is necessary, he or she should so notify the court and opposing counsel before respondent's answer or motion is due.

DATED: April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

2/kinc2410.100+