IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE KINCAIDE,

        Petitioner,                  No. CIV S-07-2410 WBS KJM P

    vs.

SUE HUBBARD, Warden,

        Respondent.              ORDER

_____/

        Petitioner has requested two extensions of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's requests for extension of time (docket nos. 18 & 19) are granted;

        2. Petitioner's opposition to respondent's motion to dismiss is due on or before December 1, 2008; and

        3. Respondent's reply, if any, shall be filed by January 5, 2009.

DATED: October 6, 2008.

                                                             U.S. MAGISTRATE JUDGE

kinc2410.eot