Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970
tew@warrinerlaw.com

Attorney for Petitioner,
EUGENE KINCAIDE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KINCAIDE, ) | No. Civ. S-07-02410 WBS KJM P |
| ) | |
| Petitioner, ) | APPLICATION TO EXTEND TIME |
| ) | TO FILE OPPOSITION TO MOTION |
| v. ) | TO DISMISS and STATUS REPORT |
| ) | |
| SUE HUBBARD, warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Status Report:

      Two letters were recently filed with the court, purporting to be from Mr. Kincaide. Counsel has reason to believe that there letters were not written by Mr. Kincaide, who suffers from mental impairment, and were written by an unknown inmate.  Prior to the date of the letters, counsel has had a confidential attorney-client conference with Mr. Kincaide, and the letters make no mention of the conference, nor the matters discussed therein.  The letters also make no mention of other correspondence between counsel and Mr. Kincaide, the subject of which was discussed during the confidential communication.  Counsel is waiting to receive return correspondence from Mr. Kincaide, as well as a document he is to sign, which concern the motion to dismiss.  Therefore, an additional extension of time is necessary.  In the event the signed document is not received by the end of December, counsel will arrange for another conference with Mr. Kincaide to determine the status of the document.

1 | Request for Extension of Time:

2 |     Counsel requests until February 23, 2009, to file an opposition to the motion to dismiss.
3 | As discussed above, counsel is waiting to receive a document from the client that pertains to the
4 | motion, and cannot proceed without it.  The client suffers from mental impairment and limited
5 | intelligence.  Additional time is needed to file an opposition to the motion.

6 |
7 | DATED: November 26, 2008                      /s/ Tim Warriner, Attorney for Petitioner,
                                                  EUGENE KINCAIDE

11 | ORDER

12 |     GOOD CAUSE APPEARING, it is hereby ordered that counsel for petitioner shall file
13 | an opposition to respondent's motion to dismiss on or by February 23, 2009, and that any reply
14 | thereto by respondent shall be filed within 20 days thereafter.

15 | DATED:  December 5, 2008.

                                              U.S. MAGISTRATE JUDGE